UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL L. SLAUGHTER<br>      Plaintiff, | CIVIL ACTION NO. 1:24-cv-01170 |
| v. | (Judge Wilson) |
| DAUPHIN COUNTY ADULT PROBATION, et al.,<br>      Defendants. | (Magistrate Judge Latella) |

**ORDER**

AND NOW, this 17th day of November, 2025, for the reasons set forth in our accompanying Memorandum, it is **HEREBY ORDERED** that, Plaintiff shall provide to the Court any (1) documentation from a public agency or court of record that he has been adjudicated incompetent, or (2) documentation from a medical provider that the type of mental illness for which he is being treated renders him legally incompetent, to the extent such documentation exists.

This documentation shall be provided directly to the Court **only** for *in camera* review. Plaintiff shall mail any such documents to:

    The Honorable Leo A. Latella
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA 18701.

                                              **/s/ Leo A. Latella**
                                              Leo A. Latella
                                              United States Magistrate Judge