**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL L. SLAUGHTER, | : | Civil No. 1:24-CV-01170 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAUPHIN COUNTY ADULT PROBATION, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

Before the court is the report and recommendation of United States Magistrate Judge Leo A. Latella recommending that the court grant Defendants' motion to dismiss.  (Doc. 90.)  No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court.  *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Latella's analysis is well-reasoned and fully supported by the record and applicable law.  Accordingly, **IT IS ORDERED THAT**:

1

1) The report and recommendation, Doc. 90, is **ADOPTED**.

2) Defendants' motion to dismiss, Doc. 53, is **GRANTED** as follows:

   a. Plaintiff's 42 U.S.C. § 1983 claim is **DISMISSED WITHOUT PREJUDICE** as to Dauphin County Adult Probation, Juli Nicholson in her official capacity, and Kamela Banning in her official capacity, as Eleventh Amendment immunity bars this claim.

   b. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

   c. Plaintiff's Fourth Amendment false arrest claim is **DISMISSED WITHOUT PREJUDICE**.

   d. The remaining claims are **DISMISSED WITH PREJUDICE**.

3) Plaintiff is **GRANTED** leave to file a second amended complaint as to the Fourth Amendment false arrest claim against Defendant Kamela Banning only by **March 23, 2026**.

4) The Clerk of Court shall terminate Defendants Dauphin County Adult Probation and Juli Nicholson from this case.

5) Plaintiff's fifth motion to appoint counsel, Doc. 91, is **DENIED WITHOUT PREJUDICE**.

6) This matter is referred back to Judge Latella for further pretrial management.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: March 2, 2026